FILED

AUG I 8 2025

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 5:25-cr-137

8 U.S.C. § 1324a(a)(2)
8 U.S.C. § 1324a(f)(1)

AVANIBAHEN PATEL

I N F O R M A T I O N

The Acting United States Attorney Charges:

From in or around November 2020 through on or about March 9, 2023, at or near Fairlea, Greenbrier County, West Virginia, within the Southern District of West Virginia, defendant AVANIBAHEN PATEL engaged in a pattern and practice of continuing to employ an alien in the United States, whose identity is known to the Acting United States Attorney, knowing the alien was an unauthorized alien with respect to such employment.

In violation of Title 8, United States Code, Sections 1324a(a)(2) and 1324a(f)(1).

UNITED STATES OF AMERICA

LISA G. JOHNSTON
Acting United States Attorney

By: _____
JONATHAN T. STORAGE
Assistant United States Attorney